Michael **RANKINS**, Plaintiff–Appellant,

v.

Leonard **BONNER**, Defendant–Appellee,

and

Gregory Bonner, Defendant.

No. 01–7415.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

Michael Rankins, Appellant Pro Se. Louis Phillip Hornthal, Jr., Hornthal, Riley, Ellis & Maland, Elizabeth City, North Carolina, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Michael Rankins appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Rankins v. Bonner,* No. CA-99-744-5-H (E.D.N.C. July 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*